IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUIL JOHNSON | : | CIVIL ACTION |
| v. | : | |
| WILLIAM LAWTON, et al. | : | NO. 10-2102 |

ORDER

AND NOW, this 24th day of August, 2010, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and the objection to the Report and Recommendation filed by the petitioner, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The objection is OVERRULED.
3. The petition for a writ of habeas corpus is DISMISSED.
4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.